IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DAVID BECKMAN, Personal )
Representative of the Estate of )
Christopher Beckman, )
                                                   )
            Plaintiff, )
                                                   )
v. )   Case No. CIV-08-1076-L
                                                 )
CORRECTIONAL HEALTHCARE )
MANAGEMENT OF OKLAHOMA, )
INC., et al., )
                                                 )
            Defendants. )

## ORDER APPROVING WRONGFUL-DEATH SETTLEMENT AND DISTRIBUTION OF FUNDS

Upon application pursuant to 12 O.S. §1053(D) of Plaintiff David Beckman for an order approving settlement of the wrongful-death claim and distribution of funds, the Court finds as follows:

    1.    Plaintiff David Beckman is the Personal Representative of the estate of Christopher Beckman, who died on May 28, 2007, as a result of injuries suffered at the Oklahoma County Detention Center.

    2.    Pursuant to 42 U.S.C. §1983, 28 U.S.C. §§1331 and 1343(3) & (4) and the Oklahoma wrongful-death statute, 12 O.S. §§1053 and 1054, Plaintiff brought a civil rights action on behalf of the Estate of Christopher Beckman and a wrongful death action on behalf of Mr. Beckman's survivors.

3. Plaintiff is the proper party to bring this action on behalf of the estate and the surviving next of kin.

4. Christopher Beckman is survived by: Deana Lynn Beckman, surviving spouse; Terry Beckman, surviving father; M. Elizabeth Beckman, surviving mother.

5. Defendants, Board of County Commissioners of Oklahoma County; John Whetsel, in his official and individual capacity as Oklahoma County Sheriff; Ervin Busby, in his official and individual capacity; Kelli Cunningham, in her official and individual capacity; Terri Streeter, in her official and individual capacity; Justin Isch, in his official capacity; Robert Roy, in his official capacity; William Hathorn, in his official capacity; and Gavin Littlejohn, in his official capacity; have offered a settlement of the action in the total amount of One Million Dollars and No Cents ($1,000,000.00), which has been accepted by Plaintiff.

6. Plaintiff has asked the Court to approve the settlement and understands that the settlement is a compromise of a disputed claim, has discussed the settlement with counsel, and is satisfied that the settlement is in the best interest of the estate and of the survivors of Christopher Beckman.

7. The proposed settlement is reasonable and should be approved.

8. Plaintiff has asked the Court to distribute the entire settlement funds in compensation for the grief and the loss of the marriage relationship of the surviving spouse, and the grief and the loss of companionship of the surviving parents.

9. Plaintiff has asked that the settlement be distributed according to an agreement among the survivors, with approval of counsel for Plaintiff, the settling Defendants and the surviving spouse, as follows:

$48,060.46 to Ed Abel for litigation expenses;

$400,000.00 to Ed Abel for attorney's fees;

$110,387.90 to Deana Lynn Beckman, surviving spouse;

$220,775.82 to Terry Beckman, surviving father;

$220,775.82 to M. Elizabeth Beckman, surviving mother.

10. The proposed distribution is reasonable and should be approved. It is so ordered this 10th day of May, 2011.

*Tim Leonard*
TIM LEONARD
United States District Judge